| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wayne S. Flick, Esq., Bar No. 149525<br>Amy C. Quartarolo, Esq., Bar No. 222144 |
| 3 | Colin B. Vandell, Esq., Bar No. 240653<br>355 South Grand Avenue |
| 4 | Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234 |
| 5 | Facsimile:  (213) 891-8763<br>wayne.s.flick@lw.com |
| 6 | Attorneys for Defendants |
| 7 | GoldenTree Asset Management LP and GTAM Special Realty, LLC |

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | WILLIAM D. SLATTERY, et al., | Case No. CV 08-00393 ABC (AGRx) |
| 12 | Plaintiffs, | |
| 13 | v. | **JUDGMENT** |
| 14 | GOLDENTREE ASSET MANAGEMENT, LP, a Delaware | |
| 15 | Limited Partnership, et al., | Assigned to:  Hon. Audrey B. Collins |
| 16 | Defendants. | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

1  This matter came before the Court on a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") (Docket No. 57) filed by Defendants GoldenTree Asset Management, LP and GTAM Special Realty, LLC and was deemed appropriate for decision without oral argument.  The evidence, documents, authorities and issues presented having been fully considered, and this Court having granted the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs William D. Slattery, Courtney Eftekhar, Joseph Beck, Myron Bitting, John Cook, Hal Dejong, Jerry Dible, George Fernandez, Steven Fisher, John Flynn, Dale Fuller, John Futrell, Joseph Gomez, George Henderson, George Hofstetter, William Justice, Robert Kalstrom, Michael Klein, Oscar Lamb, George Maycott, Steven Natale, Ronald Newell, Marion Newton, Ronald Nichols, Jerry Niehaus, James Odin, John O'Steen, Brett Papworth, Gilbert Ramos, Martin Rose, William Rowles, Mel Scholl, Dennis Tindall, William Todd, Larry Voelker, Terry Webb, Edwin Wiggins, Jeanne DuPont, Andrea Knaub, Wayne Lindholm, Scott Putman, Anthony Stabley, Pamela Chizema, Sharon Craig, Steve Schalk and Jeffrey January, on behalf of themselves and other class members take nothing by way of the First Amended Complaint, and the action be dismissed as against Defendants GoldenTree Asset Management, LP and GTAM Special Realty, LLC, with prejudice.

Dated:  July 18, 2008

_____
Honorable Audrey B. Collins
UNITED STATES DISTRICT JUDGE