SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
Regina A. Musolino (SBN 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
apaley@seyfarth.com
rmusolino@seyfarth.com

Attorneys for Defendants
FTI Consulting, Inc., Gina Gutzeit

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. SLATTERY, ET. AL., individually and on behalf of all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GOLDENTREE ASSET MANAGEMENT, LP, a Delaware Limited Partnership, GTAM SPECIAL REALTY, LLC., a Delaware Limited Liability Company, FTI CONSULTING, INC., GINA GUTZEIT, RUBIN RODRIGUEZ, JOHN VISCONTI (aka Bijan Manoochehri, aka John Manocheri), RONALD D. GARBER, CHRISTY FUTAK, CHRISTOPHER TOTO; and DOE 1 through and including DOE 10<br><br>Defendants. | Case No. CV 08-00393 ABC (AGRx)<br><br>[PR~~OPOS~~ED] JUDGMENT |

[PROPOSED] JUDGMENT

LA1 6717756.1

1  This matter came before the Court on a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") filed by Defendants FTI Consulting, Inc. and Gina Gutzeit and was deemed appropriate for decisions without oral argument.

On July 11, 2008, the United States District Court issued its Order, dismissing with prejudice all claims brought by Plaintiffs, excluding Courtney Eftekhar, against Defendants FTI Consulting, Inc. and Gina Gutzeit. In its Order, the Court granted Plaintiff Courtney Eftekhar "leave to amend her complaint **within ten (10) days of the date of the Order** to replead only her claims against Defendant FTI Consulting, Inc. and Gina Gutzeit" based upon the Court's detailed discussions in the Order. The Court noted "Failure to file an amended complaint within the time set by the Court will be deemed consent to dismissal with prejudice."

Pursuant to the Court's Order, Eftekhar should have filed her Second Amended Complaint within ten days of July 11, 2008, which would have been July 25, 2008. Eftekhar did not meet this Court ordered deadline.

**IT IS SO ORDERED, ADJUDGED AND DECREED** that Plaintiffs William D. Slattery, Courtney Eftekhar, Joseph Beck, Myron Bitting, John Cook, Hal Dejong, Jerry Dible, George Fernandez, Steven Fisher, John Flynn, Dale Fuller, John Futrell, Joseph Gomez, George Henderson, George Hofstetter, William Justice, Robert Kalstrom, Michael Klein, Oscar Lamb, George Maycott, Steven Natale, Ronald Newell, Marion Newton, Ronald Nichols, Jerry Niehaus, James Odin, John O'Steen, Brett Papworth, Gilbert Ramos, Martin Rose, William Rowles, Mel Scholl, Dennis Tindall, William Todd, Larry Voelker, Terry Webb, Edwin Wiggins, Jeanne DuPont, Andrea Knaub, Wayne Lindholm, Scott Putman, Anthony Stabley, Pamela Chizema, Sharon Craig, Steve Schalk and Jeffrey January, on behalf of themselves and other class members take nothing by way of

-1-

[PROPOSED] JUDGMENT

LA1 6717756.1

1 | the First Amended Complaint, and the action be dismissed as against Defendants
2 | FTI Consulting, Inc. and Gina Gutzeit with prejudice.

DATED: 8/11/08

Honorable Audrey B. Collins
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] JUDGMENT

LA1 6717756.1